**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


| UNITED STATES OF AMERICA | : | No. 4:16-CV-00019 |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| RANDY THOMPSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this 10th day of October 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Severance, ECF No. 709, is **DENIED.**


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge