# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 4:16-CR-00019-19 |
| v. | : | (Judge Brann) |
| RANDY THOMPSON, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 17th day of January 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Motion of the United States for Revocation of Release Order (ECF No. 795) is **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge