# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-0019 |
| | (Judge Brann) |
| v. | |
| KEITH HAKIM HARDING and RANDY THOMPSON, | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 23rd day of May 2018, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendants Harding and Thompson's Motions for Bill of Particulars, April 17, 2018, ECF No. 906 and April 20, 2018, ECF No. 912 are **DENIED**.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge