# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-0019-19 |
| v. | (Judge Brann) |
| RANDY THOMPSON, | |
| Defendant. | |

## ORDER

**AND NOW**, this 23rd day of May 2018, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendant's Third Motion for Bail, April 20, 2018, ECF No. 913 is **DENIED** without prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge